# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ARTURO ARMENTA-ROSALES; CUBERTO CHAVEZ ABARCA; ORLANDO SEGURA ERAZO; MARIO IGNACIO MONTES ROCHA; MARCOS ANTONIO PINEDA; RODOLFO VILLANUEAVA-CONTRERAS,<br><br>                              Petitioners,<br><br>   v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security; et al.<br>                              Respondents. | Case No.:  25cv3505 DMS BLM<br><br>**ORDER DISMISSING CASE AS MOOT** |

In accordance with the parties' Joint Status Report filed on January 6, 2026, (ECF No. 11), the Court dismisses this case as moot.

**IT IS SO ORDERED**.

Dated:  January 7, 2026

Hon. Dana M. Sabraw
United States District Judge